**B1 (Official Form 1)(04/13)**

| United States Bankruptcy Court<br>Eastern District of Missouri | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Lakeside 370 Levee District, a political subdivision of the State of Missouri** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**42-1714609** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**Attn: Ryan Hodges, President**<br>**520 Maryville Centre Dr., Ste. 200**<br>**Saint Louis, MO**   ZIP Code **63141** | Street Address of Joint Debtor (No. and Street, City, and State):   ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Saint Charles** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):   ZIP Code | Mailing Address of Joint Debtor (if different from street address):   ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | **North and South Side of Highway 370 at the intersection of Truman Blvd. and Spencer Road / Salt River Road**<br>**Saint Peters, MO 63376** |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ■ Other (If debtor is not one of the above entities, check this box and state type of entity below.)
  **Levee District**

**Chapter 15 Debtors**
Country of debtor's center of main interests:
Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ■ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ■ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐ 1-49 | ☐ 50-99 | ■ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ■ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ■ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Lakeside 370 Levee District, a political subdivision of the State of Missouri** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Lakeside 370 Levee District, a political subdivision of the State of Missouri** |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br><br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>**X** _____<br>   Signature of Debtor<br><br>**X** _____<br>   Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>**X** _____<br>   Signature of Foreign Representative<br><br>_____<br>Printed Name of Foreign Representative<br><br>_____<br>Date |
| **Signature of Attorney*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
| **X**  **/s/ Steven Goldstein ARN**<br>   Signature of Attorney for Debtor(s)<br><br>   **Steven Goldstein ARN 24807MO & MBE 24807**<br>Printed Name of Attorney for Debtor(s)<br><br>   **Goldstein & Pressman, P.C.**<br>Firm Name<br><br>   **10326 Old Olive Street Road**<br>   **Saint Louis, MO 63141-5922**<br><br>_____<br>Address<br><br>   **(314) 727-1717  Fax: (314) 727-1447**<br>Telephone Number<br><br>   **August  1, 2014**<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>**X** _____<br><br>_____<br>Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual: |
| **Signature of Debtor (Corporation/Partnership)** | |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>**X**  **/s/ Ryan D. Hodges**<br>   Signature of Authorized Individual<br><br>   **Ryan D. Hodges**<br>Printed Name of Authorized Individual<br><br>   **President**<br>Title of Authorized Individual<br><br>   **August  1, 2014**<br>Date | If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.* |

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of Missouri

In re **Lakeside 370 Levee District, a political subdivision of the State of Missouri**  
Debtor(s)

Case No.  
Chapter **9**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Bank of New York Mellon<br>One Wall Street<br>New York, NY 10286 | Bank of New York Mellon<br>One Wall Street<br>New York, NY 10286 | bondholder | | 7,405,000.00 |
| Charles Schwab & Co. Inc.<br>106 W. Portal Ave<br>San Francisco, CA 94127 | Charles Schwab & Co. Inc.<br>106 W. Portal Ave<br>San Francisco, CA 94127 | bondholder | | 55,000.00 |
| James F. Davis<br>9511 Belleview Ave<br>Kansas City, MO 64114 | James F. Davis<br>9511 Belleview Ave<br>Kansas City, MO 64114 | bondholder | | 70,000.00 |
| Barry and William Garofalo<br>521 Forest Crest Court<br>Lake St. Louis, MO 63367 | Barry and William Garofalo<br>521 Forest Crest Court<br>Lake St. Louis, MO 63367 | bondholder | | 50,000.00 |
| Constance V. Hickman<br>1803 Washington<br>Alton, IL 62002 | Constance V. Hickman<br>1803 Washington<br>Alton, IL 62002 | bondholder | | 50,000.00 |
| Stephen R. Isaacs<br>1452 West Fletcher<br>Chicago, IL 60657 | Stephen R. Isaacs<br>1452 West Fletcher<br>Chicago, IL 60657 | bondholder | | 50,000.00 |
| Ivy Management Inc<br>Ivy Municipal High Income Fund<br>6300 Lamar<br>Shawnee Mission, KS 66201 | Ivy Management Inc<br>Ivy Municipal High Income Fund<br>6300 Lamar<br>Shawnee Mission, KS 66201 | bondholder | | 1,705,000.00 |
| Myron J. Klevens<br>7745 Pershing<br>St. Louis, MO 63105 | Myron J. Klevens<br>7745 Pershing<br>St. Louis, MO 63105 | bondholder | | 75,000.00 |
| Arnold J and Roslyn J Levin<br>12590 Hibler Woods<br>St. Louis, MO 63141 | Arnold J and Roslyn J Levin<br>12590 Hibler Woods<br>St. Louis, MO 63141 | bondholder | | 100,000.00 |
| Mildred R. Litton<br>P.O. Box 63<br>Lock Springs, MO 64654-0063 | Mildred R. Litton<br>P.O. Box 63<br>Lock Springs, MO 64654-0063 | bondholder | | 50,000.00 |
| Eugene J. McCabe<br>5 Ridge Oak Court<br>Lake St. Louis, MO 63367 | Eugene J. McCabe<br>5 Ridge Oak Court<br>Lake St. Louis, MO 63367 | bondholder | | 50,000.00 |

B4 (Official Form 4) (12/07) - Cont.

In re **Lakeside 370 Levee District, a political subdivision of the State of Missouri**  
Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br>Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Brenda Carol Nicholls**<br>**1106 Doral Drive**<br>**Columbia, MO 65203** | **Brenda Carol Nicholls**<br>**1106 Doral Drive**<br>**Columbia, MO 65203** | **bondholder** | | **150,000.00** |
| **Nuveen Asset Management**<br>**Nuveen High Yield Municipal Bond Fund**<br>**333 West Wacker Drive**<br>**Chicago, IL 60606** | **Nuveen Asset Management**<br>**Nuveen High Yield Municipal Bond Fund**<br>**333 West Wacker Drive**<br>**Chicago, IL 60606** | **bondholder** | | **18,500,000.00** |
| **Nuveen Asset Management**<br>**Nuveen Missouri Municiapal Bond Fund**<br>**333 West Wacker Drive**<br>**Chicago, IL 60606** | **Nuveen Asset Management**<br>**Nuveen Missouri Municiapal Bond Fund**<br>**333 West Wacker Drive**<br>**Chicago, IL 60606** | **bondholder** | | **2,000,000.00** |
| **Oppenheimer & Co, Inc.**<br>**85 Broad Street**<br>**New York, NY 10004** | **Oppenheimer & Co, Inc.**<br>**85 Broad Street**<br>**New York, NY 10004** | **bondholder** | | **155,000.00** |
| **Raymond James & Associates Inc**<br>**880 Carillon Parkway**<br>**Saint Petersburg, FL 33716** | **Raymond James & Associates Inc**<br>**880 Carillon Parkway**<br>**Saint Petersburg, FL 33716** | **bondholder** | | **160,000.00** |
| **Robert and Joan L Schoor**<br>**11728 Westham Drive**<br>**St. Louis, MO 63131-2538** | **Robert and Joan L Schoor**<br>**11728 Westham Drive**<br>**St. Louis, MO 63131-2538** | **bondholder** | | **100,000.00** |
| **Stifel Nicolaus & Co Inc.**<br>**Attn Proxy Dept**<br>**501 North Broadway**<br>**St. Louis, MO 63102** | **Stifel Nicolaus & Co Inc.**<br>**Attn Proxy Dept**<br>**501 North Broadway**<br>**St. Louis, MO 63102** | **bondholder** | | **1,745,000.00** |
| **Nancee L. Vine**<br>**5201 Ashbury, Apt 108**<br>**Godfrey, IL 62035** | **Nancee L. Vine**<br>**5201 Ashbury, Apt 108**<br>**Godfrey, IL 62035** | **bondholder** | | **50,000.00** |
| **Waddell & Reed Investment Management**<br>**W&R Advisors Municipal High Income**<br>**BOND FUND**<br>**P.O. Box 29217**<br>**Shawnee Mission, KS 66201** | **Waddell & Reed Investment Management**<br>**W&R Advisors Municipal High Income BOND FUND**<br>**Shawnee Mission, KS 66201** | **bondholder** | | **5,700,000.00** |

B4 (Official Form 4) (12/07) - Cont.

In re **Lakeside 370 Levee District, a political subdivision of the State of Missouri**                Case No.

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the Levee District named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **August 1, 2014**                Signature **/s/ Ryan D. Hodges**
                                                 **Ryan D. Hodges**
                                                 **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
### Eastern District of Missouri

In re  **Lakeside 370 Levee District, a political subdivision of the State of Missouri**                              Case No. _____
                                                        Debtor(s)                                  Chapter    **9**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept                              $         **0.00**
   Prior to the filing of this statement I have received                     $         **0.00**
   Balance Due                                                               $         **0.00**

2. The source of the compensation paid to me was:

   ■ Debtor       ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor       ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **\*\* Counsel for Debtor received an advance fee deposit of $50,000 all of which was earned prior to filing.  Counsel for Debtor will bill for services at counsel's regular hourly rates upon such approval as may be required under the Bankruptcy Code and by the Debtor.**

**CERTIFICATION**

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **August  1, 2014**                             **/s/ Steven Goldstein ARN**
                                                        **Steven Goldstein ARN 24807MO & MBE 24807**
                                                        **Goldstein & Pressman, P.C.**
                                                        **10326 Old Olive Street Road**
                                                        **Saint Louis, MO 63141-5922**
                                                        **(314) 727-1717   Fax: (314) 727-1447**

# United States Bankruptcy Court
### Eastern District of Missouri

In re   **Lakeside 370 Levee District, a political subdivision of the State of Missouri**                        Case No.
                                                       Debtor(s)           Chapter   **9**

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby certifies/certify under penalty of perjury that the attached list containing the names and addresses of my creditors (Matrix), consisting of __8__ page(s) and is true, correct and complete.


**/s/ Ryan D. Hodges**
**Ryan D. Hodges**/**President**
Signer/Title


Dated:   **August  1, 2014**

Janice M. Austermann
123 Teddy Avenue
St. Louis, MO 63125

Bank of New York Mellon
One Wall Street
New York, NY 10286

Alan Baumer
29 Old State Road
Ellisville, MO 63021

Wallace E. and Judith A. Baumer
639 Huntwood Lane
Kirkwood, MO 63122

Stephen J. and Eileen Marie Becnel
210 Fort Charles Trail
St. Charles, MO 63303

Donald B. and Janet F. Beets
8116 Pennsylvania Lane
Kansas City, MO 64114

Fay and David M. Berwald
725 Champex
St. Louis, MO 63141

Susan Lynne Brooks
14736 Whitebrook Drive
Chesterfield, MO 63017

Marta L. Bunten
16625 Equestrian Lane
Chesterfield, MO 63017

Robert L. Burg
13 Bellerive Country Club
St. Louis, MO 63141

Michael W. and Pamela P. Campbell
1320 Haute Loire
Ballwin, MO 63011

Robert J. and Shirley M. Carr
11760 Rossmoor Lane
St. Louis, MO 63128

H Cernansky & D Cernansky
14645 Amberleigh Hill Court
Chesterfield, MO 63017

Charles Schwab & Co. Inc.
106 W. Portal Ave
San Francisco, CA 94127

```
City of St. Peters
City Hall
One st. Peters Centre Blvd
P.O. Box 9
Saint Peters, MO 63376

Tab Cohen
14786 Greenleaf Valley Drive
Chesterfield, MO 63017

Peter J. Czajkowski
7408 Washington Ave
St. Louis, MO 63130

James F. Davis
9511 Belleview Ave
Kansas City, MO 64114

Eileen Schneider  Edelman
114 Ladue Aire
St. Louis, MO 63141

Edward Jones
12555 Manchester Road
Saint Louis, MO 63131

Frank and Mary C. Eshleman
18102 Edgewood Circle
Glencoe, MO 63038

Michael Flotkin
4 Kingston Manor
St. Louis, MO 63124

Susan Gaal Chabloz
P.O. Box 29258
Saint Louis, MO 63126

Harry and Rose Gaffney
825 Woodruff Drive
Ballwin, MO 63011

Carol Garbs
2838 Amberglow Drive
St. Louis, MO 63129

Barry and William Garofalo
521 Forest Crest Court
Lake St. Louis, MO 63367

Andrew R. and Jacqueline L.  Gingrich
3136 Old Ridge Road
Columbia, MO 65203
```

```
William and Catherine Heidbrink
359 Bluff View Circle
St. Louis, MO 63129

James A. Hesse
160 Ladue Pines
St. Louis, MO 63141

Constance V. Hickman
1803 Washington
Alton, IL 62002

Ora Lee and Helen Hopkins
5640 State Hwy 72
Jackson, MO 63755

Joan R. Huber
12103 Swan Lake Drive
St. Louis, MO 63146

Bobbie J and Marsha S. Hufford
2508 Madison 504
Fredericktown, MO 63645

Karen A. and James A. Hurych Sr
5029 E. Concord
St. Louis, MO 63128

Husch Blackwell
190 Carondelet Plaza Suite 600
Saint Louis, MO 63105

Stephen R.  Isaacs
1452 West Fletcher
Chicago, IL 60657

Ivy Management Inc
Ivy Municipal High Income Fund
6300 Lamar
Shawnee Mission, KS 66201

John R. Janssen
2149 Chesapeake Ave
Cape Girardeau, MO 63701

Roland and Helen Jensen
205 E. Harmon, Ste. 501
Las Vegas, NV 89169

Dorothy Johnson
One N. Ballas Place, #135
St. Louis, MO 63146
```

Marlene A. Johnson
342 Buckington Street
St. Peters, MO 63376

Marianne Karsh
303 N. Meramec Ave, #301
Clayton, MO 63105

Myron J. Klevens
7745 Pershing
St. Louis, MO 63105

Alan J. Kraus
Beverly Kraus Living Trust
8300 Delmar Blvd Apt 307
St. Louis, MO 63124

Christine A. Kurka
5417 Chapelford Lane
Shrewsbury, MO 63119

Margaret J. Lang
5709 Keller Road
St. Louis, MO 63128-3474

Arnold J and Roslyn J Levin
12590 Hibler Woods
St. Louis, MO 63141

Sharyn W. and Steven Levitt
1075 Port Diane
St. Louis, MO 63146

Ellen Joy Liss
800 S. Hanley #5F
St. Louis, MO 63105

Mildred R. Litton
P.O. Box 63
Lock Springs, MO 64654-0063

James D. Lovegreen
P.O. Box 286
Palmrya, MO 63461

Marjorie M. Lovegreen
P.O. Box 286
Palmyra, MO 63461

Jeannine Mannebach
32 Gatetower Dr
St. Peters, MO 63376

```
Richard C. Mannebach
32 Gate Tower Drive
St. Peters, MO 63376

Miriam Beth Marsh
4608 S. Farm Road, #189
Rogersville, MO 65742

Eugene J. McCabe
5 Ridge Oak Court
Lake St. Louis, MO 63367

Emory L  Melton
201 W 9th Street
P.O. Box 488
Cassville, MO 65625

Mengwasser Martin Lall & Clark PC
12647 Olive Blvd Suite 120
Saint Louis, MO 63141

Mary Mills TTEE
10554 Twilight
St. Louis, MO 63128-1219

Grace M. Mueller
10142 Schuesller Road
St. Louis, MO 63128

Grace M. and Keith F Mueller
10142 Schuessler Road
St. Louis, MO 63128

Brenda Carol Nicholls
1106 Doral Drive
Columbia, MO 65203

Marvin I  Nissenbaum
561 Sarah Lane Apt 105
St. Louis, MO 63141

Nuveen Asset Management
Nuveen High Yield Municipal
Bond Fund
333 West Wacker Drive
Chicago, IL 60606

Nuveen Asset Management
Nuveen Missouri Municiapal Bond Fund
333 West Wacker Drive
Chicago, IL 60606

Steven P. and B. Joyce  O'Connell
1440 Westhampton View Lane
Wildwood, MO 63005-6343
```

Robert Ruehlow and Rebecca Olson
P.O. Box 432
Maysville, MO 64469

Oppenheimer & Co, Inc.
85 Broad Street
New York, NY 10004

Diane F Packman
344 Hibler CT
St. Louis, MO 63141

Deborah K Potter
1133 Greenwood Court
Hurst, TX 76053-6348

Robert K and Connie G Pugh
1411 Torrey Pines
Columbia, MO 65203

Raymond James & Associates Inc
880 Carillon Parkway
Saint Petersburg, FL 33716

Neal I and Aralyn Rosenberg
1065 Borghese Lane, #808
Naples, FL 34114

Steven Z Rothmel
725 Kraffel Lane
Town and Country, MO 63017

Margaret Fox and Gary Sarachan
4522 Pershing Pl
St. Louis, MO 63108

Karen Ann Schirmer et al TTees
Jacqueline J. Koprivica
4518 Bellewood
St. Louis, MO 63125-4207

Judy L Schneider
2437 Bainbridge
Jackson, MO 63755

Leanne and Harvey G Schneider
2 West Point Lane
St. Louis, MO 63131

Steven L Schneider
2437 Bainbridge
Jackson, MO 63755

```
Jacquelyn  Schnidman
216 Hibler Oaks Drive
St. Louis, MO 63141

John F and Nora G  Schomogy
2378 Cedar Dale
Maryland Heights, MO 63043

Gerald and Maragaret  Schoor
420 S Kirkwood RD, Apt 132
St. Louis, MO 63122-6193

Robert and Joan L Schoor
11728 Westham Drive
St. Louis, MO 63131-2538

Dan M and Susan S  Schuppan
5801 Highland Parkway
Columbia, MO 65203

Glen L and Esther Anne  Sewell
2401 Horton, Apt 151
FT. Scott, KS 66701

Gerald L. Shaikun and Laurie K.  Smith
100 Central Ave. #1103
Sarasota, FL 34236

William I and Wendy Solomon
8300 Delmar, Apt 513
St. Louis, MO 63124

Daniel S  Soshnik
10 Glenmary Road
St. Louis, MO 63132

Stantec Consulting Services, Inc.
61 Commercial Street
Rochester, NY 14614

Stifel Nicolaus & Co Inc.
Attn Proxy Dept
501 North Broadway
St. Louis, MO 63102

Joseph and Anita Stolze
7002 Weber
St. Louis, MO 63123

Bruce G and Alice M. Strobel
1173 N E 1075 Road
Concordia, MO 64020
```

```
Ross W. and Mary S. Stryker
P.O. BOx 2132
Lebanon, MO 65536

Vanguard Brokerage Services
P.O. Box 1110
Valley Forge, PA 19482

Nancee L. Vine
5201 Ashbury, Apt 108
Godfrey, IL 62035

Waddell & Reed Investment Management
W&R Advisors Municipal High Income
BOND FUND
P.O. Box 29217
Shawnee Mission, KS 66201

Judith B. and Stephen S. Wasserman
272 Prince Towne Drive
St. Louis, MO 63141

John M. and Marilyn K. Wiesehan
4437 Kerth Manor Drive
St. Louis, MO 63128

Warren and Jolynn Winer
21 Glen Abbey Drive
St. Louis, MO 63131

Arlene E.  Wollenweber
26701 Wortman Road
Shattuc, IL 62231
```