UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| IN RE: LAKESIDE 370 LEVEE DISTRICT | CASE NO: 14-46094 |
|---|---|
| | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 9 |

On 3/27/2018, I did cause a copy of the following documents, described below,

Motion for Order to Close Case and to Enter Final Decree

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 3/27/2018

/s/ Robert A. Breidenbach
Robert A. Breidenbach  41557MO
Goldstein & Pressman, P.C.
10326 Old Olive Street Road
St. Louis, MO  63141
314 727 1717
rab@goldsteinpressman.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| IN RE: LAKESIDE 370 LEVEE DISTRICT | CASE NO: 14-46094 |
|---|---|
| | **CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING** |
| | Chapter: 9 |

On 3/27/2018, a copy of the following documents, described below,

Motion for Order to Close Case and to Enter Final Decree

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 3/27/2018

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Robert A. Breidenbach
Goldstein & Pressman, P.C.
10326 Old Olive Street Road
St. Louis, MO  63141

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A "+" AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| CASE INFO | DEBTOR | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>08654<br>CASE 14-46094<br>EASTERN DISTRICT OF MISSOURI<br>ST LOUIS<br>MON MAR 26 15-14-22 CDT 2018 | LAKESIDE 370 LEVEE DISTRICT A<br>POLITICAL SUBD<br>ATTN RYAN HODGES PRESIDENT<br>520 MARYVILLE CENTRE DR STE 200<br>ST LOUIS MO 63141-5820 | OFFICE OF US TRUSTEE<br>111 S TENTH ST STE 6353<br>ST LOUIS MO 63102-1127 |
| ALAN BAUMER<br>29 OLD STATE ROAD<br>ELLISVILLE MO 63021-5910 | ALAN J KRAUS<br>BEVERLY KRAUS LIVING TRUST<br>8300 DELMAR BLVD APT 307<br>ST LOUIS MO 63124-2187 | ANDREW R AND JACQUELINE L GINGRICH<br>3136 OLD RIDGE ROAD<br>COLUMBIA MO 65203-9547 |
| ARLENE E WOLLENWEBER<br>26701 WORTMAN ROAD<br>SHATTUC IL 62231-8307 | ARNOLD J AND ROSLYN J LEVIN<br>12590 HIBLER WOODS<br>ST LOUIS MO 63141-7457 | BANK OF NEW YORK MELLON<br>ONE WALL STREET<br>NEW YORK NY 10286-0001 |
| BARRY AND WILLIAM GAROFALO<br>521 FOREST CREST COURT<br>LAKE ST LOUIS MO 63367 | BOBBIE J AND MARSHA S HUFFORD<br>2508 MADISON 504<br>FREDERICKTOWN MO 63645-7742 | BRENDA CAROL NICHOLLS<br>1106 DORAL DRIVE<br>COLUMBIA MO 65203-0985 |
| BRUCE G AND ALICE M STROBEL<br>1173 N E 1075 ROAD<br>CONCORDIA MO 64020-7317 | CAROL GARBS<br>2838 AMBERGLOW DRIVE<br>ST LOUIS MO 63129-3202 | CHARLES SCHWAB CO INC<br>106 W PORTAL AVE<br>SAN FRANCISCO CA 94127-1306 |
| CHRISTINE A KURKA<br>5417 CHAPELFORD LANE<br>SHREWSBURY MO 63119-5021 | CITY OF ST PETERS<br>CITY HALL<br>ONE ST PETERS CENTRE BLVD<br>PO BOX 9<br>SAINT PETERS MO 63376-0090 | CONSTANCE V HICKMAN<br>1803 WASHINGTON<br>ALTON IL 62002-4626 |
| DAN M AND SUSAN S SCHUPPAN<br>5801 HIGHLAND PARKWAY<br>COLUMBIA MO 65203-5126 | DANIEL S SOSHNIK<br>10 GLENMARY ROAD<br>ST LOUIS MO 63132-3608 | DEBORAH K POTTER<br>1133 GREENWOOD COURT<br>HURST TX 76053-6348 |
| DIANE F PACKMAN<br>344 HIBLER CT<br>ST LOUIS MO 63141-6613 | DONALD B AND JANET F BEETS<br>8116 PENNSYLVANIA LANE<br>KANSAS CITY MO 64114-2219 | DOROTHY JOHNSON<br>ONE N BALLAS PLACE 135<br>ST LOUIS MO 63131-3038 |
| EDWARD JONES<br>12555 MANCHESTER ROAD<br>SAINT LOUIS MO 63131-3729 | EILEEN SCHNEIDER EDELMAN<br>114 LADUE AIRE<br>ST LOUIS MO 63141-8059 | ELLEN JOY LISS<br>800 S HANLEY 5F<br>ST LOUIS MO 63105-2690 |

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A "+" AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM
```

| | | |
|---|---|---|
| EMORY L MELTON<br>201 W 9TH STREET<br>PO BOX 488<br>CASSVILLE MO 65625-0488 | EUGENE J MCCABE<br>5 RIDGE OAK COURT<br>LAKE ST LOUIS MO 63367-2129 | FAY AND DAVID M BERWALD<br>725 CHAMPEX<br>ST LOUIS MO 63141-7328 |
| FRANK AND MARY C ESHLEMAN<br>18102 EDGEWOOD CIRCLE<br>GLENCOE MO 63038-1444 | GERALD L SHAIKUN AND LAURIE K SMITH<br>100 CENTRAL AVE 1103<br>SARASOTA FL 34236-5731 | GERALD AND MARAGARET SCHOOR<br>420 S KIRKWOOD RD APT 132<br>ST LOUIS MO 63122-6193 |
| GLEN L AND ESTHER ANNE SEWELL<br>2401 HORTON APT 151<br>FT SCOTT KS 66701-2793 | GRACE M MUELLER<br>10142 SCHUESLLER ROAD<br>ST LOUIS MO 63128-3233 | GRACE M AND KEITH F MUELLER<br>10142 SCHUESSLER ROAD<br>ST LOUIS MO 63128-3233 |
| H CERNANSKY  D CERNANSKY<br>14645 AMBERLEIGH HILL COURT<br>CHESTERFIELD MO 63017-8812 | HARRY AND ROSE GAFFNEY<br>825 WOODRUFF DRIVE<br>BALLWIN MO 63011-2474 | HUSCH BLACKWELL<br>190 CARONDELET PLAZA SUITE 600<br>SAINT LOUIS MO 63105-3433 |
| IVY MANAGEMENT INC<br>IVY MUNICIPAL HIGH INCOME FUND<br>6300 LAMAR<br>SHAWNEE MISSION KS 66202-4247 | JACQUELYN SCHNIDMAN<br>216 HIBLER OAKS DRIVE<br>ST LOUIS MO 63141-7470 | JAMES A HESSE<br>160 LADUE PINES<br>ST LOUIS MO 63141-8132 |
| JAMES D LOVEGREEN<br>PO BOX 286<br>PALMRYA MO 63461-0286 | JAMES F DAVIS<br>9511 BELLEVIEW AVE<br>KANSAS CITY MO 64114-3838 | JANICE M AUSTERMANN<br>123 TEDDY AVENUE<br>ST LOUIS MO 63125-2838 |
| JEANNINE MANNEBACH<br>32 GATETOWER DR<br>ST PETERS MO 63376-4281 | JOAN R HUBER<br>12103 SWAN LAKE DRIVE<br>ST LOUIS MO 63146-5138 | JOHN F AND NORA G SCHOMOGY<br>2378 CEDAR DALE<br>MARYLAND HEIGHTS MO 63043-4165 |
| JOHN M AND MARILYN K WIESEHAN<br>4437 KERTH MANOR DRIVE<br>ST LOUIS MO 63128-3156 | JOHN R JANSSEN<br>2149 CHESAPEAKE AVE<br>CAPE GIRARDEAU MO 63701-2585 | JOSEPH AND ANITA STOLZE<br>7002 WEBER<br>ST LOUIS MO 63123-3004 |
| JUDITH B AND STEPHEN S WASSERMAN<br>272 PRINCE TOWNE DRIVE<br>ST LOUIS MO 63141-6639 | JUDY L SCHNEIDER<br>2437 BAINBRIDGE<br>JACKSON MO 63755-2362 | KAREN A AND JAMES A HURYCH SR<br>5029 E CONCORD<br>ST LOUIS MO 63128-1820 |

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A "+" AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM
```

| | | |
|---|---|---|
| KAREN ANN SCHIRMER ET AL TTEES<br>JACQUELINE J KOPRIVICA<br>4518 BELLEWOOD<br>ST LOUIS MO 63125-4207 | LEANNE AND HARVEY G SCHNEIDER<br>2 WEST POINT LANE<br>ST LOUIS MO 63131-3110 | MARGARET FOX AND GARY SARACHAN<br>4522 PERSHING PL<br>ST LOUIS MO 63108-1906 |
| MARGARET J LANG<br>5709 KELLER ROAD<br>ST LOUIS MO 63128-3474 | MARIANNE KARSH<br>303 N MERAMEC AVE 301<br>CLAYTON MO 63105-3756 | MARJORIE M LOVEGREEN<br>PO BOX 286<br>PALMYRA MO 63461-0286 |
| MARLENE A JOHNSON<br>342 BUCKINGTON STREET<br>ST PETERS MO 63376-7635 | MARTA L BUNTEN<br>16625 EQUESTRIAN LANE<br>CHESTERFIELD MO 63005-4881 | MARVIN I NISSENBAUM<br>561 SARAH LANE APT 105<br>ST LOUIS MO 63141-5601 |
| MARY MILLS TTEE<br>10554 TWILIGHT<br>ST LOUIS MO 63128-1219 | MENGWASSER MARTIN LALL  CLARK PC<br>12647 OLIVE BLVD SUITE 120<br>SAINT LOUIS MO 63141-6345 | MICHAEL FLOTKIN<br>4 KINGSTON MANOR<br>ST LOUIS MO 63124-1913 |
| MICHAEL W AND PAMELA P CAMPBELL<br>1320 HAUTE LOIRE<br>BALLWIN MO 63011-2959 | MILDRED R LITTON<br>PO BOX 63<br>LOCK SPRINGS MO 64654-0063 | MIRIAM BETH MARSH<br>4608 S FARM ROAD 189<br>ROGERSVILLE MO 65742-7297 |
| MYRON J KLEVENS<br>7745 PERSHING<br>ST LOUIS MO 63105-3820 | NANCEE L VINE<br>5201 ASHBURY APT 108<br>GODFREY IL 62035-4807 | NEAL I AND ARALYN ROSENBERG<br>1065 BORGHESE LANE 808<br>NAPLES FL 34114-7913 |
| NUVEEN ASSET MANAGEMENT<br>NUVEEN HIGH YIELD MUNICIPAL<br>BOND FUND<br>333 WEST WACKER DRIVE<br>CHICAGO IL 60606-1220 | NUVEEN ASSET MANAGEMENT<br>NUVEEN MISSOURI MUNICIAPAL BOND FUND<br>333 WEST WACKER DRIVE<br>CHICAGO IL 60606-1220 | OPPENHEIMER  CO INC<br>85 BROAD STREET<br>NEW YORK NY 10004-2434 |
| ORA LEE AND HELEN HOPKINS<br>5640 STATE HWY 72<br>JACKSON MO 63755-7324 | PETER J CZAJKOWSKI<br>7408 WASHINGTON AVE<br>ST LOUIS MO 63130-4048 | RAYMOND JAMES  ASSOCIATES INC<br>880 CARILLON PARKWAY<br>SAINT PETERSBURG FL 33716-1100 |
| RICHARD C MANNEBACH<br>32 GATE TOWER DRIVE<br>ST PETERS MO 63376-4281 | ROBERT J AND SHIRLEY M CARR<br>11760 ROSSMOOR LANE<br>ST LOUIS MO 63128-1460 | ROBERT K AND CONNIE G PUGH<br>1411 TORREY PINES<br>COLUMBIA MO 65203-4830 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A "+" AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| ROBERT L BURG<br>13 BELLERIVE COUNTRY CLUB<br>ST LOUIS MO 63141-7320 | ROBERT RUEHLOW AND REBECCA OLSON<br>PO BOX 432<br>MAYSVILLE MO 64469-0432 | ROBERT AND JOAN L SCHOOR<br>11728 WESTHAM DRIVE<br>ST LOUIS MO 63131-2538 |
| ROLAND AND HELEN JENSEN<br>205 E HARMON STE 501<br>LAS VEGAS NV 89169-6441 | ROSS W AND MARY S STRYKER<br>PO BOX 2132<br>LEBANON MO 65536-7132 | SHARYN W AND STEVEN LEVITT<br>1075 PORT DIANE<br>ST LOUIS MO 63146-5631 |
| STANTEC CONSULTING SERVICES INC<br>61 COMMERCIAL STREET<br>ROCHESTER NY 14614-1009 | STEPHEN J AND EILEEN MARIE BECNEL<br>210 FORT CHARLES TRAIL<br>ST CHARLES MO 63303-4308 | STEPHEN R ISAACS<br>1452 WEST FLETCHER<br>CHICAGO IL 60657-2113 |
| STEVEN L SCHNEIDER<br>2437 BAINBRIDGE<br>JACKSON MO 63755-2362 | STEVEN P AND B JOYCE OCONNELL<br>1440 WESTHAMPTON VIEW LANE<br>WILDWOOD MO 63005-6343 | STEVEN Z ROTHMEL<br>725 KRAFFEL LANE<br>TOWN AND COUNTRY MO 63017-8060 |
| STIFEL NICOLAUS  CO INC<br>ATTN PROXY DEPT<br>501 NORTH BROADWAY<br>ST LOUIS MO 63102-2188 | SUSAN GAAL CHABLOZ<br>PO BOX 29258<br>SAINT LOUIS MO 63126-0258 | SUSAN LYNNE BROOKS<br>14736 WHITEBROOK DRIVE<br>CHESTERFIELD MO 63017-2400 |
| TAB COHEN<br>14786 GREENLEAF VALLEY DRIVE<br>CHESTERFIELD MO 63017-5541 | VANGUARD BROKERAGE SERVICES<br>PO BOX 1110<br>VALLEY FORGE PA 19482-1110 | WADDELL  REED INVESTMENT MANAGEMENT<br>WR ADVISORS MUNICIPAL HIGH INCOME<br>BOND FUND<br>PO BOX 29217<br>SHAWNEE MISSION KS 66201-9217 |
| WALLACE E AND JUDITH A BAUMER<br>639 HUNTWOOD LANE<br>KIRKWOOD MO 63122-5706 | WARREN AND JOLYNN WINER<br>21 GLEN ABBEY DRIVE<br>ST LOUIS MO 63131-2735 | WILLIAM I AND WENDY SOLOMON<br>8300 DELMAR APT 513<br>ST LOUIS MO 63124-2190 |
| WILLIAM AND CATHERINE HEIDBRINK<br>359 BLUFF VIEW CIRCLE<br>ST LOUIS MO 63129-5060 | MICHELLE DEANNE MCBRIDE<br>ST CHARLES COUNTY COLLECTOR OF REVENUE<br>201 NORTH SECOND STREET<br>ST CHARLES MO 63301-2889 | ROBERT A BREIDENBACH<br>GOLDSTEIN AND PRESSMAN<br>10326 OLD OLIVE STREET ROAD<br>ST LOUIS MO 63141-5922 |
| STEVEN GOLDSTEIN<br>GOLDSTEIN  PRESSMAN PC<br>10326 OLD OLIVE STREET RAOD<br>ST LOUIS MO 63141-5922 | WILLIAM L OTTENAD<br>1940 WINDMOOR PLACE<br>ST LOUISL MO 63131-3017 | |